UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 13 |
| JUDITH ANN POMPEI-SMITH, | ) | Case No. 24-10726 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for WEBSTER BANK, a secured creditor of the Debtors and whose address is 1959 Summer Street, Stamford , Connecticut 06905 ("WEBSTER BANK") and pursuant to Bankruptcy Rules 9010 and 2002, requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at his office and address set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands:  (1) which may directly, or indirectly, affect or seek to affect in any way any rights or interests of WEBSTER BANK with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; or (c) or property or proceeds thereof in the possession, custody or control of WEBSTER BANK; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by WEBSTER BANK; or (3) which may otherwise affect the Debtors or property of the Debtors.

PLEASE TAKE FURTHER NOTICE that WEBSTER BANK intends that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) WEBSTER BANK's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) WEBSTER BANK's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) WEBSTER BANK'S right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which WEBSTER BANK is or may be entitled under agreements, in law or in equity, all of which rights, claims, defenses, set-offs, and recoupments WEBSTER BANK expressly reserves.

Respectfully submitted,
WEBSTER BANK,
By its attorneys,

Dated: October 8, 2024

/s/ *Brian J. Hughes*
Brian J. Hughes BBO# 654204
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Tel. (617) 422-0200
Fax. (617) 422-0383
bjh@bostonbusinesslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I served a true and correct copy of foregoing document upon all individuals subscribed to receive electronic service.

/s/ *Brian J. Hughes*
Brian J. Hughes