# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

| | ) | |
|---|---|---|
| IN RE: | ) | CASE NO. 1:24-BK-10726 |
| JUDITH ANN POMPEI SMITH | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | |

### NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 370 LARCHWOOD DRIVE, WARWICK, RI 02886 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******5337

NOW COMES Citizens Bank, N.A., by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
NEWENGLANDBKR@brockandscott.com

Citizens Bank, NA
10561 Telegraph Road
Glen Allen, Virginia 23059

Please take notice that the undersigned hereby appears as counsel for Citizens Bank, N.A. pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with

22-07685 BKPOC01




respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

                        RESPECTFULLY SUBMITTED,

/s/ *Jeffrey Hardiman*
Jeffrey J. Hardiman, RI Bar No. 6299
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
NEWENGLANDBKR@brockandscott.com

22-07685 BKPOC01

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on October 11, 2024 to the following:

Judith Ann Pompei Smith
370 Larchwood Drive
Warwick, RI 02886

Charles A Pisaturo, Jr, Bankruptcy Trustee
400 Westminster Street, Suite 54
Providence, RI 02903

Office of the U.S. Trustee, US Trustee
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903

/s/ *Jeffrey Hardiman*
Jeffrey J. Hardiman, RI Bar No. 6299
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
NEWENGLANDBKR@brockandscott.com

22-07685 BKPOC01